# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 11, 2021

Lyle W. Cayce
Clerk

No. 19-60393

Salomon Sergio Loayza,

*Petitioner*,

*versus*

Merrick Garland, U.S. Attorney General,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A041 105 642

Before Smith, Clement, and Oldham, *Circuit Judges*.

Per Curiam:*

The Board of Immigration Appeals granted petitioner the relief he sought from this court. This petition for review is therefore DISMISSED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.